

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00370-CR

**IN RE** Lawrence **BURLESON**, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus is DENIED.

It is so **ORDERED** on September 22, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019CR11800, styled *State of Texas v. Burleson*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.